1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JERRY JACKSON, | CASE NO. 3:21-cv-0259-MMA-MSB |
| Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION OF PARTIES FOR EXTENSION OF TIME FOR DEFENDANT STIX HOLDINGS, LLC DBA PICK UP STIX TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| STIX HOLDINGS, LLC dba PICK UP STIX; PAN PACIFIC RETAIL PROPERTIES, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |
| | Action Filed:  February 11, 2021 |

11
12
13
14
15
16
17

18      The stipulation of the parties presented by and through their respective

19  counsel, having been received by the Court and duly considered, and good cause

20  appearing,

21      **IT IS HEREBY ORDERED** that Defendant STIX HOLDINGS, LLC dba

22  PICK UP STIX shall have an extension of time until May 7, 2021 within which to

23  file and serve its responsive pleading to Plaintiff's Complaint in the above-entitled

24  action.

25      **IT IS SO ORDERED.**

26  Dated: _____          _____

27                                          HON. MICHAEL M. ANELLO
                                            UNITED STATES DISTRICT JUDGE
28

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

10207494.1

CASE NO. 3:21-CV-0259-MMA-MSB
[PROPOSED] ORDER