**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY JACKSON, | Case No.:  21-cv-259-MMA (MSB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | [Doc. No. 15] |
| STIX HOLDINGS, LLC, et al., | |
| Defendants. | |

On May 27, 2021, Plaintiff Jerry Jackson and Defendants Stix Holdings, LLC d/b/a/ Pick Up Stix and Pan Pacific Retail Properties, LLC filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case in its entirety with prejudice.  Each party shall bear their own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  May 28, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

-1-                                        21-cv-259-MMA (MSB)